Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHUCK W. BOYD # 98660-004 )
F.C.I. Gilmer )
P.O. box 6000 )
Glenville, West virginia , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
  Petitioner, )
vs. )
)
WARDEN R. BROWN , )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
  Respondent. )
)

FILED

APR 24 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:23-CV-105
(to be assigned by Clerk)

Groh, Trumble, Sims

**Important notes to read before completing this form:**

★  Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.  This petition concerns (check the appropriate box):

    ☐  a conviction
    ☑  a sentence
    ☐  jail or prison conditions
    ☐  prison disciplinary proceedings
    ☐  a parole problem
    ☐  other, state briefly: _____

Attachment A

_____
_____
_____

2. Are you represented by counsel?  ☐ Yes  ☑ No

   If you answered yes, list your counsel's name and address: __N/A__
   _____

3. List the name and location of the court which imposed your sentence:
   United States District Court, Southern District of Florida, Fort Lauderdale Division

4. List the case number, if known: 1:12-cr-20914-WPD-1

5. List the nature of the offense for which the sentence was imposed:
   conspiracy to possess with intent to distribute twenty-eight grams or more of crack cocaine.

6. List the date each sentence was imposed and the terms of the sentence:
   August, 12, 2013 / 300 months career offender sentence

7. What was your plea to each count? (Check one)

   ☑ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☐ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☑ Yes         No

10. If you did appeal, give the following information for each appeal:

   A. Name of Court: <u>Eleventh Circuit Court of Appeals</u>
   B. Result: <u>Affirmed</u>
   C. Date of Result: <u>July, 31, 2014</u>
   D. Grounds raised (List each one): <u>the four point enhancement for the leadership role pursuant to § 3B1.1 (a), and for the obstruction of justice the two level enhancement.</u>

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☑ Yes     ☐ No

If your answer was yes, complete the following sections:

   A. First post-conviction proceeding:
      1. Name of Court: <u>U.S. District Court, Southern District of Florida, FT. Lauderdale Division</u>

Attachment A

      2. Nature of Proceeding: <u>18 U.S.C. § 3582 (c)(1)(A)</u>
      3. Grounds Raised: <u>Amendment 782</u>
      4. Did you receive an evidentiary hearing? ☐ Yes  ☐ No
      5. Result: <u>denied</u>
      6. Date of Result: <u>March 6, 2015</u>

B. Second post-conviction proceeding:
      1. Name of Court: <u>U.S. District Court S.D. Florida</u>
      2. Nature of Proceeding: <u>28 U.S.C. § 2255</u>
      3. Grounds Raised: <u>ineffective assistance of counsel</u>
      4. Did you receive an evidentiary hearing? ☐ Yes  ☐ No
      5. Result: <u>denied</u>
      6. Date of Result: <u>March 23, 2015</u>

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
      1. First proceeding: ☐ Yes  ☑ No  Result: _____
      2. Second proceeding: ☐ Yes  ☑ No  Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: <u>The district court order was based on the application of the career offender sentence.</u>

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

Third post-conviction proceeding:
   1. Name of court: U.S. District Court, Southern District
   2. Nature of proceedings: 18 U.S.C. § 3582
   3. Grounds raised: Amendment 782
   4. No evidentiary heraing was given
   5. Result: denied
   6. Date of result: June, 21, 2017

Fourth post-conviction proceedings:
   1. Name of court: U.S. District Court S.D. Florida
   2. Nature of proceedings: 18 U.S.C. § 3582
   3. Grounds raised: reduction of sentence pursuant to amendment 782 / Concepcion v. United States
   4. No evidentiary hearing was given
   5. Result: Denied
   6. Date of result: December, 29, 2022

Attachment A

    C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
    D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
    E. There is an unlawful detainer lodged against me.
    F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
    G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one: The Petitioner's career offender sentence is unconstitutionally illegal based on the amendments made by the U.S. Sentencing Commission to U.S.S.G. § 4B1.2 (b) commentary application notes; see also United States v. Dupree No.19-13779 ( 11th Cir. Jan. 18, 2023 ).

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place). On the date of April 4 2013 the Petitioner pled guilty to one count of conspiracy to possess with intent to distribute twenty-eight grams or more of crack cocaine. On the date of August 12, 2013 the Petitioner was sentenced to a term of 300 months as a career offender. Based on the U.S.S.G. Guidelines § 2D1.1 and the enhancement penalties. The Petitioner

B. Ground two:

Ground one continued

Supporting facts continued

was given a higher guideline range than that of the career offender enhancement. The Petitioner's criminal history was increased to category six from category five based on the application of U.S.S.G. § 4B1.1 (a). Under the career offender guidelines the Petitioner's base offense level 36. Given a three level reduction for the acceptance of responsibility the Petitioner's base offense level changed to a level 33 with a recommended guideline range of 235-293 months. The district court imposed a sentence of 300 month as a career offender based on the governments request for a upward departure sentence. In January of 2023 the U.S. Sentencing Commission amended the career offender guidelines under U.S.S.G. § 4B1.2 (b) by removing inchoate conspiracy charged drug offenses from the commentary notes of § 4B1.2 (b). As such the sentencing commission removed conspiracy charged drug offense from the definition of a serious drug offense in doing so conspiracy charged drug offenses no longer qualifys under the career offender statute for the purpose of enhancement. Based on the amendment by the sentencing commission the Petitioner no longer qualifys as a career offender and the 300 month career offender sentence is unconstitutionally illegal and violates the laws and the constitution of the United States and must be vacated.

**Attachment A**

Supporting facts:

C. Ground three:

Supporting facts:

D. Ground four:

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome: This issue was presented to the Eleventh Circuit Court of Appeals pursuant to 28 U.S.C. § 2244 (b)(3) for a second and successive habeas petition. The petition was denied based on the amendments to the sentencing guidelines not being made retroactive by the Superme Court ( see attached exhibits )

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☐ Yes   ☐ No

   1. If your answer to "A" above was yes, what was the result:

   _____
   _____
   _____
   _____
   _____

Attachment A

2. If your answer to "A" above was no, explain:

_____
_____
_____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes ☐ No

1. If your answer to "B" above was yes, what was the result:

_____
_____
_____

2. If your answer to "B" above was no, explain:

_____
_____
_____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

The Petitioner moves this honorable court for an order vacating the 300 month career offender sentence and to issue an order directing the respondents to correct the Petitioner's sentence to the bottom end of the guideline range of 188 months. Whereby the Petitioner's correct guideline range is 188-235 months without the career offender designation and the two level reduction for amendment 782. Wherefore the Petitioner requests to be resentenced without the career offender enhancement.

: Due to the statutory change of law that was enacted by the U.S. Sentencing Commission that was not a constitutional change of law or which could be considered as newly discovered evidence under 28 U.S.C. § 2255 (h). The Petitioner is precluded from filing a 2255 petition within the original court of jurisdiction as noted in the response from the Eleventh Circuit Court of Appeals. As such § 2255 is inadequate and ineffective to test the legality of the Petitioner's detention. § 2241 is the only means by which the Petitioner may challenge the legality of his detention.

April 15   2023

xChuck Boyd

_____

4/15/2023   xChuck Boyd